IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD J. HENSLEY,      No. CIV.S-04-2236 DAD

      Plaintiff,

                          ORDER

   v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

      By order filed June 22, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. On July 4, 2005, plaintiff filed a response to the order sufficiently explaining the reason for the delay in filing the motion and on July 12, 2005, filed his motion for summary judgment.

/////

/////

/////

1

Accordingly, the order to show cause filed on June 22, 2005, is HEREBY DISCHARGED.  This matter will proceed according to the terms of the court's scheduling order filed October 21, 2004.

DATED: July 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/hensley2236.dischargeOSC

2