McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel
SARAH RYAN, SBOT 17479500
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD J. HENSLEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,[1]<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>Defendant. | No. CV-S-04-2236 DAD<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR ORDER AND<br>JUDGMENT NUNC PRO TUNC<br>PURSUANT TO FED. R. CIV. P. 60(a) |

Pursuant to the stipulated motion of Plaintiff and Defendant, the Court finds good cause why the Order filed as Document 37 on March 29, 2006, in this cause, and the Judgment entered thereon as Document 38 on March 29, 2006, should be reformed nunc pro tunc to correct a clerical error appearing in the original order, so as to conform to the Court's true intent, pursuant to Fed. R. Civ. P. 60(a).

IT IS, THEREFORE, ORDERED AND DECREED that the Order dated March 29, 2006, shall be reformed, nunc pro tunc, to read at page 12, lines 17-18, as follows:

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g), and Fed. R. Civ. P. 25(d)(1).

1     "The ALJ's determination that plaintiff would be found not
2         disabled if he stopped using drugs or alcohol necessarily cannot
3         stand under these circumstances." (Include footnote).

The Order shall remain the same in all respects save the foregoing change, effective as of the date of entry of the original Order and Judgment, March 29, 2006.

DATED: June 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/hensley2236.ord